IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

BUAY T. WAL                                                    PETITIONER

V.                        CIVIL ACTION NO. 5:19-cv-70-DCB-MTP

SHAWN R. GILLIS                                               RESPONDENT


Order Adopting Report and Recommendation

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 10], to which no objections have been filed by the Petitioner. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker finds that, "[b]ecause the only relief Petitioner seeks is his release from immigration custody, his Petition [1] became moot upon his deportation from the United States, which terminated his immigration detention." [ECF No. 10] at 1(citing Ighekpe v. Sourkaris, 2006 WL 297746, at *2 (N.D. Tex. Jan. 30, 2006; Odus v. Ashcroft, 61 Fed. App'x 121 (5th Cir. 2003); Lay v. I.N.S., 2002 WL 32494536, at *1 (N.D. Tex. Dec. 17, 2002)).

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court.

This Petition for Writ of Habeas Corpus [ECF No. 1] is hereby DISMISSED with prejudice. A final judgement shall be entered of even date herewith in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 30th day of March, 2020.

_/s/ David Bramlette_____
UNITED STATES DISTRICT COURT